# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PATRICK EBERHART, individually, and as parent and next friend of E.E.; and TERESA EBERHART, individually, and as parent and next friend of E.E.;**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**PAPILLION LA VISTA COMMUNITY SCHOOLS,**<br><br>**Defendant.** | **8:25CV521**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1. On or before **December 8, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 7th day of November, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge