IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK EBERHART, individually, and as parent and next friend of E.E.; and TERESA EBERHART, individually, and as parent and next friend of E.E.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>PAPILLION LA VISTA COMMUNITY SCHOOLS,<br><br>　　　　　　　　Defendant. | 8:25CV521<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL |

　　This case is before the Court on the parties' Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by counsel for all parties. Filing 7. The parties stipulate to dismissal of this matter with prejudice. Filing 7 at 1. Accordingly,

　　IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 7, is accepted, and this case is dismissed with prejudice.

　　Dated this 18th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　United States District Judge